# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 8:25MJ126 |
| CHLOE JOHNSON | ) | **SEALED** |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 24, 2025__ in the county of __Douglas__ in the _____ District of __Nebraska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) & (b)(4) | Threatening to Assault a United States Official |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Jon Martin, TFO, FBI
Printed name and title

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 2/28/2025

_____
Judge's signature

City and state: Omaha, Nebraska

MICHAEL D. NELSON, U.S. Magistrate Judge
Printed name and title

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

| | | |
|---|---|---|
| DISTRICT OF NEBRASKA | ) | |
| | ) ss. | Affidavit of TFO Jon Martin |
| COUNTY OF DOUGLAS | ) | |

I, Jon Martin, having been first duly sworn, do hereby depose and state as follows:

## INTRODUCTION

1.  I am a Detective with the Omaha Police Department (OPD) and have been so employed for approximately twenty six (26) years. I am currently assigned as a Task Force Officer (TFO) with the Great Plains Violent Crimes Task Force (GPVCTF), located at the FBI Omaha Division in Omaha, Nebraska. As a TFO, I have received training on a multitude of federal offenses at numerous law enforcement venues. I regularly refer to these laws and regulations during the course of my official duties. During my career as a Detective with the OPD and a TFO with the FBI Omaha Division GPVCTF, I have been the Case Agent and have assisted in bank robbery investigations which have resulted in search warrants, arrests, and the seizure and forfeiture of assets. Since I have been employed with the OPD, I have worked in the Uniform Patrol Bureau for approximately nine (9) years, and have since worked in the Criminal Investigation Bureau (CIB) where I specialized in robbery related offenses.

## PURPOSE OF THIS AFFIDAVIT

2.  This affidavit is submitted in support of a criminal complaint and arrest warrants for CHLOE A JOHNSON, a white female, born August 12, 2003, for violations of Title 18, United States Code, Section 115(a)(1)(B) & (b)(4), Threatening to Assault a United States

Official. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant for JOHNSON, I have not set forth each and every fact known to me regarding this investigation. The statements contained in this affidavit are based in part on the investigation that I have conducted and information provided to me by other law enforcement officers verbally, and through written reports.

OVERVIEW OF INVESTIGATION

3. On Monday February 24, 2025, two threatening voicemail messages were left on the voicemail of the office of United States Representative One. The voicemail messages came from telephone number 402-XXX-XX67. United States Representative One's staff provided audio of the voicemail messages to the United States Capitol Police (USCP), which were transcribed as follows:

4. Voicemail #1 - February, 24, 2025 at 7:42PM. Brother XXXX I hope your tiny, uncircumcised dick and its rash starts to feel better. I hate you. I hope you kill yourself. You have made this countryshit, as has every single other senator that is representing us right now and you know it. I hope the payout was worth the gunshot wound to your head that I'm gonna give you. Mwah.

5. Voicemail #2 - February 24, 2025 at 7:44PM. (Inaudible singing) Now Mr. XXXX and his secretary, whoever works for him, I'm so drunk, and I hope you know that you're a piece of shit. Hope you go to hell. I hope someone shoots you in the head, and I hope that you umm your butthole gets ripped apart. Goodbye. You're the worst person in the world.

6. On February 27, 2025, TFO MARTIN was assigned to investigate the threats left on the voicemail of United States Representative One. TFO MARTIN learned that JOHNSON

had recently worked at Metro Federal Credit Union, and upon speaking with security from Metro Federal Credit Union in relation to the threats and attempting to locate JOHNSON, TFO was advised that JOHNSON no longer works for Metro Federal Credit Union. TFO MARTIN was provided a phone number for JOHNSON of 402-XXX-XX67. TFO MARTIN had told Metro Federal Credit Union that JOHNSON was being sought for questioning in relation to inappropriate calls made to the office of United States Representative One.

7. CHLOE JOHNSON was contacted at her residence on February 27, 2025 at approximately 3:20PM by TFOs MARTIN and Mickey LARSON. JOHNSON was advised that TFOs wanted to speak with her regarding threats made to the office of United States Representative One. TFO MARTIN advised JOHNSON that she was not in custody, that she could stop speaking with TFOs at any time, and that she could ask TFOs to leave her residence whenever she wanted.

8. JOHNSON said that she did not recall making the calls to the office of United States Representative One but when she looked at her phone call log on her cell phone, she realized that she not only had called the office of United States Representative One but had also called the number 202-456-1111. JOHNSON said she had looked up the number 202-456-1111 and learned it was a number for the White House. JOHNSON did not recall making the calls, but from her call log noted that she had call the White House 6 times from 7:45PM to 7:48PM on February 24, 2025. 3 of the calls did not go through and 3 of the calls showed duration of 30 to 40 seconds each. JOHNSON could not think of a reason why she would have called United States Representative One or the White House, and noted that she does not have issues with them, and thinks she may have seen something on social media or a commercial which

prompted the calls. As JOHNSON said she did not have recollection of making the calls, TFO MARTIN played the voicemail recordings so JOHNSON could hear them. JOHNSON listened to the messages and stated that she was ashamed of herself for making the calls and it appeared to TFO MARTIN that JOHNSON was nearly crying while listening to the messages. JOHNSON had checked her phone log in the presence of your affiant and TFO Mickey LARSON. JOHNSON also verified that her cellular telephone number is 402-XXX-XX67.

9.  JOHNSON explained that she has been diagnosed with bipolar disorder and has been on prescription medication for the disorder with the drug Zoloft for approximately 5 years. JOHNSON said that her prescription ran out on either Wednesday February 19 or Thursday February 20, 2025 and that she has not gotten a refill as she has not been able to get an appointment with her doctor. JOHNSON said on Monday night she drank 4 to 5 glasses of wine and she was drunk when she made the calls. JOHNSON said that she has been on Zoloft for approximately 5 years and that the last several days is the first time she has been off her medications. JOHNSON thinks that the combination of being off her medication and drinking alcohol is what may have led to her calling United States Representative One's office and the White House. JOHNSON was apologetic and said she is not actively, nor has she ever planned to cause harm to United States Representative One or elected officials. JOHNSON does not have access to firearms and has not made a plan to access firearms. JOHNSON said that she has been in contact with her doctor's office in order to get her prescription renewed, but is unable to get an appointment until mid March. JOHNSON is going to see if she can move up the appointment or be referred to another doctor for an earlier appointment. JOHNSON was admonished about the calls and told that if she is in mental crisis she should contact her mental health professional,

mental health hotlines, or 911.

10. JOHNSON'S parents, Ryan and Rachel, were present for a portion of the interview. Both Ryan and Rachel confirmed that Chloe is bipolar and prescribed medication for her mental disorder. Ryan JOHNSON does own firearms, but said they are locked, secured and hidden away. Rachel JOHNSON said that her husband owns firearms but she does not know where they are kept as Ryan has them locked, secured and hidden.

11. Based upon the above facts and circumstances, I believe sufficient probable cause exists to authorize a criminal complaint and arrest warrant for CHLOE A JOHNSON, a white female, born August 12, 2003, regarding violations of Title 18, United States Code, Section 115(a)(1)(B) & (b)(4), Threatening to Assault a United States Official.

JON P MARTIN, Task Force Officer
Omaha Police Department
Federal Bureau of Investigation

Sworn to before me by telephone or other reliable electronic means:

Date: February 28, 2025

City and State: Omaha, Nebraska

Michael D. Nelson, U.S. Magistrate Judge

5